UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

Case Number: 08-14060-CR-MARTINEZ

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ZENAIDA RODRIGUEZ,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Report and Recommendation Pursuant to Order of the District Court Dated March 4, 2010. The Report and Recommendations issued by United States Magistrate Judge Peter R. Palermo, on June 22, 2010 **(D.E.#481)** recommends to this Court, that CJA Voucher #FLS 09-1728 be Granted and that Mr. Omar Johansson be awarded the sum of **$20,652.32** as fair and final compensation for his work in this case. The parties were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. Accordingly, the Court has considered the Report and Recommendation, the pertinent parts of the record, for the reasons stated in the Report of the Magistrate Judge, and upon independent review of the file and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that United States Magistrate Judge Peter R. Palermo's Report and Recommendation is hereby **ADOPTED and AFFIRMED.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this __8__ day of July, 2010.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

-2-

Copies provided to:
Magistrate Judge Peter R. Palermo
Omar Guerra Johansson, Esq
Lucy Lara, CJA Administrator